STANDARD GROVE COMPANY v. THE TRAILER COMPANY OF AMERICA.

160 So. 927.

Division B.

Opinion Filed April 15, 1935.

*McMullen & Draper,* for Plaintiff in Error;

*Shackleford, Ivy, Farrior & Shannon,* for Defendant in Error.

PER CURIAM.—This is a companion case to that of W. E. Lee, Inc., v. The Trailer Company of America, in which opinion was filed at this term of the Court.

For the reasons stated in that opinion, the judgment in this case should be affirmed.

It is so ordered.

Affirmed.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur in the opinion and judgment.